UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF HAYWARD; et al.,<br><br>        Defendants. | No. C 10-253 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

This pro se civil rights action was filed on January 19, 2010, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application, specifically, that he had not attached his prisoner trust account statement showing transactions for the last six months. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed in forma pauperis application. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. The incomplete in forma pauperis application is DENIED. (Docket # 2, # 4.) Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: May 12, 2010

                                              Marilyn Hall Patel<br>                                              United States District Judge